UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE A. COCHRAN,

    Plaintiff,

v.                                Case No: 6:16-cv-1708-Orl-18GJK

BETHUNE-COOKMAN UNIVERSITY
INC.,

    Defendant.

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 4 day of October, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties